UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEI AHL BEY,

          Plaintiff,

       -against-

STEPHEN J. NAEGELI, ET AL.,

          Defendants.

25-CV-6633 (LTS)

ORDER DENYING AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has submitted multiple amended *in forma pauperis* applications (ECF 8, 10, 15) but fails to provide sufficient information to show that he is unable to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice to refiling.

SO ORDERED.

Dated:    January 21, 2026
         New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                      Chief United States District Judge