UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEI AHL BEY,

                Plaintiff,

        -against-

STEPHEN J. NAEGELI, et al.,

                Defendants.

25-CV-6633 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On March 13, 2026, Plaintiff again moved the Court to order the U.S. Marshals Service to serve the summons and complaint in this action. ECF No. 40. Plaintiff previously moved the Court to order service on February 23, 2026, ECF No. 37, which the Court denied as moot because Plaintiff had yet to file his amended complaint. ECF No. 39. Plaintiff has still yet to file his amended complaint, and per ECF No. 39, has until **March 20, 2026** to do so. Therefore, the Court again denies Plaintiff's motion for an order directing service as moot. Plaintiff may refile his motion after Plaintiff has filed his amended complaint, pursuant to ECF No. 36.

The Clerk of Court is directed to terminate ECF No. 40.

Dated: March 18, 2026
      White Plains, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge