UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEI AHL BEY,

                    Plaintiff,

          -against-                                    25-CV-6633 (JGLC)

STEPHEN J. NAEGELI,                                    **ORDER**

                    Defendants.

JESSICA G. L. CLARKE, United States District Judge:

On February 24, 2026, the Court granted Plaintiff leave to file his proposed amended complaint, filed at ECF No. 34. ECF No. 36. Plaintiff has yet to file his amended complaint. The Court extends Plaintiff's deadline to file the amended complaint to April 3, 2026. If Plaintiff does not file the amended complaint by that date, the Court will continue to consider Plaintiff's Amended Complaint, filed at ECF No. 23, as the operative complaint in this action. *See* ECF No. 31 at 2–3.

Dated: April 2, 2026
        White Plains, New York

                                        SO ORDERED.

                                        _Jessica Clarke_
                                        _____

                                        JESSICA G. L. CLARKE
                                        United States District Judge