UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEI AHL BEY,

Plaintiff,

-against-

STEPHEN J. NAEGELI, et al.,

Defendants.

25-CV-6633 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On September 29, 2026, Plaintiff moved for an order directing issuance of new summonses and extending the time for service. ECF No. 48. The Court GRANTS Plaintiff's motion, and extends the deadline for Plaintiff to serve Defendants from October 16, 2026, to within ninety days of the issuance of the new summonses. If within those ninety days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to terminate ECF No. 48. The Clerk of Court is also directed to issue summonses as to Defendants Stephen J. Naegeli and Officer Ken Scattergood.

Dated: October 1, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge